UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYON PARKER, an individual, and B.J. PARKER d/b/a SUNRISE GARAGE DOOR,<br><br>               Plaintiffs,<br><br>vs.<br><br>BOISE GARAGE DOOR LLC, an Idaho Limited Liability Company, and JOHN WRIGHT, an individual,<br><br>               Defendants. | Case No. 1:12-cv-543-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| BOISE GARAGE DOOR LLC, an Idaho Limited Liability Company, and JOHN WRIGHT, an individual,<br><br>               Counterclaimants,<br><br>vs.<br><br>RYON PARKER, an individual, and B.J. PARKER d/b/a SUNRISE GARAGE DOOR,<br><br>               Counterdefendants. | |

      The parties' Stipulation for Dismissal with Prejudice (Dkt. 23) having duly come before this Court and good cause appearing;

**ORDER OF DISMISSAL WITH PREJUDICE - 1**                 Client:2833090.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims, counterclaims, and causes of action that were or might have been asserted in this case are dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED: **April 10, 2013**

*[signature]*

Honorable Edward J. Lodge
U. S. District Judge